Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Juan Jose Tabrez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JUAN JOSE TABREZ, | Case No.: 1:17-cv-01242-JDP |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | (FIRST REQUEST) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE JEREMY D. PETERSON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsels, hereby stipulate to extend the time in which plaintiff must file his opening brief for a period of 28 days from May 10, 2018, to and including June 7, 2018, and that all subsequent deadlines set forth in the Court's Scheduling Order, Doc. No. 5, are extended accordingly.

-1-

This is the first request for an extension in this matter. This request is made on behalf of counsel for plaintiff. This request is made pursuant to paragraph 12 of the Scheduling Order, permitting the filing of a single 30-day extension although the stipulation must be filed.

IT IS SO STIPULATED.

DATE: May 10, 2018          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
_____
Young Cho
Attorney for plaintiff JUAN JOSE TABREZ

Date: May 10, 2018          McGREGOR W. SCOTT
United States Attorney

BY:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per email authorization)

## **ORDER**

For the reasons provided in the parties' stipulation, the Court finds good cause to grant Plaintiff additional time up to and including June 7, 2018, to file the opening brief. All other remaining deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated: May 18, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE